UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEMI OSMAN,

    Petitioner,

    v.

PETER D. KEISLER, Acting Attorney General, et al.,

    Respondents.

CASE NO.  C07-0814-RSL-JPD

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Respondents' Motion to Dismiss (Dkt. #19) is GRANTED; Petitioner's Petition for Writ of Habeas Corpus (Dkt. #3) is DENIED and this action is DISMISSED without prejudice to the petitioner re-filing another habeas petition at a later date; and

(3) The Clerk shall send a copy of this Order to all counsel of record, and to the Honorable James P. Donohue.

DATED this 9th day of January, 2008.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS
PAGE -1